# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:05-CR-00410-KDB-CH

| | |
|---|---|
| USA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER** |
| | ) |
| HAROLD BERNARD DAVIS, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 4) the Indictment (Doc. No. 1) as to Defendant Harold Bernard Davis without prejudice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED** without prejudice as to Defenant Harold Bernard Davis.

Signed: October 28, 2019

Kenneth D. Bell
United States District Judge